IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, #213823, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:24-cv-47-ECM |
| | ) |
| BURT SMITHART, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On July 23, 2024, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 6) is ADOPTED as modified herein;

2. The federal claims are DISMISSED with prejudice prior to service of process as time-barred pursuant to 28 U.S.C. § 1915A;

3. The Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3), and the state law claims are DISMISSED without prejudice;

4. All pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 30th day of August, 2024.

                                                /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE